JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

    Plaintiff,

    v.

GROWTH PRODUCTIONS, LLC a Virginia limited liability company, CHRIS HILLSETH ENTERPRISES, a California corporation, and DOES 1-10,

    Defendants.

Case No.: 2:23-CV-02314-CAS-MARx

Hon. Christina A. Snyder

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

    **GOOD CAUSE THEREFORE HAVING BEEN SHOWN** based upon the Parties' Stipulation for Dismissal of Entire Case Without Prejudice, the Court hereby dismisses this action without prejudice, with the parties to bear their own costs.

Dated: January 3, 2024

_____
Hon. Christina A. Snyder
U.S. District Judge

153419746.1

1